**Thomas FLORENCE, Petitioner–Appellant**

v.

**Lorie DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee**

No. 15–40762

United States Court of Appeals, Fifth Circuit.

Date Filed: 06/14/2016

█

Thomas Florence, Pro Se.

Before JOLLY, GRAVES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Thomas Florence moves for a certificate of appealability (COA) to appeal the district court's orders denying his motions to file case law, provide notice to the court, file evidence, file exhibits, be immediately released, and reopen case and file evidence. As Florence is not seeking to appeal from the final order in a habeas proceeding, Florence does not need a COA. *See* 28 U.S.C. § 2253(c)(1). A COA is therefore DENIED as unnecessary. *See id.*

Florence's motions, which were filed in his closed 28 U.S.C. § 2254 proceeding, were "meaningless, unauthorized motion[s]" over which the district court lacked jurisdiction. *United States v. Early*,

---

27 F.3d 140, 142 (5th Cir.1994). Because Florence has appealed from the denial of unauthorized motions, we AFFIRM the district court's rulings. His request to proceed in forma pauperis and his motions for judicial notice are DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.